IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § § | CRIMINAL NO. 3:05-CR-067-N |
| ROBERT L. MIHAILOVICH | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge, **DISMISSES** Defendant's Motion to Withdraw Plea Agreement (Doc. 156) without prejudice for want of jurisdiction because Defendant has not received prior authorization to file a successive section 2255 motion, **GRANTS IN PART** Defendant's Motion to Clarify, Expand or Dismiss Counsel (Doc. 151) and **directs** that the appointment of the Federal Public Defender be terminated, and **DENIES** Defendant's Motion to Quash Warrant and Vacate for Lack of Jurisdiction and his Motion for Emergency Medications (Doc. 152, 154).

For indexing purposes, the Clerk of the Court is **directed to open** a new civil action (nature of suit 510, directly assigned to the same District Judge and Magistrate Judge as the criminal case) and to **CLOSE** the same on the basis of this order.

SO ORDERED this 4th day of February, 2013.

_____
UNITED STATES DISTRICT JUDGE